UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **JESSIE ECHOLS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.4:04CV1587SNL/TIA |
| ) | |
| **JO ANNE B. BARNHART,** ) | |
| **Commissioner of Social Security,** ) | |
| ) | |
| Defendant. ) | |

## ORDER

Having considered the plaintiff's objections to the Magistrate Judge's Report and Recommendation (#20), filed February 20, 2006 and the Commissioner's response thereto (#21), filed March 1, 2006,

**IT IS HEREBY ORDERED** that the report and recommendation of United States Magistrate Judge Terry I. Adelman (#17), filed January 18, 2006 be and is **SUSTAINED, ADOPTED** and **INCORPORATED** herein.

**IT IS FURTHER ORDERED** that the final decision of the Commissioner denying the plaintiff's application for disability insurance benefits pursuant to Title II of the Social Security Act, 42 U.S.C. §§401 *et. seq.* be and is **AFFIRMED**.

**IT IS FINALLY ORDERED** that the plaintiff's complaint be and is **DISMISSED WITH PREJUDICE.**

Dated this __2nd___ day of March, 2006.

_____
SENIOR UNITED STATES DISTRICT JUDGE